

U.S. Department of Justice

United States Attorney's Office
District of New Jersey
*Civil Division*

---

Jessica L. Guarracino
Assistant United States Attorney

970 Broad Street, Suite 700
Newark, NJ 07102
jessica.guarracino@usdoj.gov

main: (973) 645-2700
direct: (973) 645-2726
fax: (973) 297-2010

February 13, 2026

**BY ECF**
Hon. Brian R. Martinotti, U.S.D.J.
U.S. District Court for the District of New Jersey
Frank Lautenberg Post Office & U.S. Courthouse
2 Federal Square
Newark, NJ 07101

    Re:   *Cabuco Villacis & Cabuco v. Bondi, et al.,* No. 25-18958
           Extension Request

Dear Judge Martinotti:

    This Office represents Respondents in the above-referenced habeas matter. We write with the consent of Petitioners' counsel to respectfully request a 30-day extension of time to file a response to Petitioners' motions seeking attorney's fees and costs under the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412(d). *See* ECF Nos. 10 & 11. Respondents' response is currently due on February 17, 2026. If the Court grants this request, Respondents' submission would be due on March 19, 2026. Additionally, the parties respectfully request that the Court allow Petitioners 15 days, until April 3, 2026, to submit a reply. This is the first request for such an extension.

    We respectfully submit that good cause exists for this extension request. This extension will allow us to continue our Office's efforts to prioritize the handling of an unprecedented volume of emergent immigration habeas petitions, while still providing the Court and the parties with the benefit of a complete response to the motion.

    If this proposal is acceptable to the Court, we respectfully request that Your Honor so-order this letter and have the Clerk's Office file it on the docket. Thank you very much for your consideration of this request.

                                          Respectfully submitted,

                                          TODD BLANCHE
                                          U.S. Deputy Attorney General

JORDAN FOX
Chief of Staff & Associate Deputy
 Attorney General
Special Attorney

By: /s/ *Jessica L. Guarracino*
JESSICA L. GUARRACINO
Assistant United States Attorney
*Attorneys for Respondents*

cc: All counsel (via ECF)

SO ORDERED:

_____
BRIAN R. MARTINOTTI, USDJ
DATED: FEB. 17, 2026